GEORGE F. PERKINS et al., respondents,

*v.*

TRINITY REALTY COMPANY, appellant.

[Filed November 23d, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *69 N. J. Eq. 723.*

*Mr. Frank Durand,* for the appellant.

*Messrs. Tennant & Haight,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion filed in the court of chancery by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.